Decision Per Curiam.

---

Carl Thalheim as Surveying Partner, &c., Appellant, v. Camp Phosphate Company, Appellee.

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

*John G. Reardon,* for Appellant.

*R. L. Anderson,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Dismissed by the clerk on praecipe of counsel for the appellant, under authority of Rule 24.